UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ELINOR McCANN, | ) | NO. CV-10-3111-JPH |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on April 25, 2012, **ECF No. 17,** recommending the Court **grant** Plaintiff's Motion for Summary Judgment, ECF No. 12. No objections have been filed.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED:**

The Report and Recommendation, **ECF No. 17,** to grant Plaintiff's Motion for Summary Judgment and reverse and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g)(ECF No. 12) is **ADOPTED in its entirety.**

///

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 10th day of May, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2